MERRICK B. GARLAND
Attorney General
RANDY S. GROSSMAN
United States Attorney
MICHAEL G. WHEAT, CBN 118598
JOSEPH J.M. ORABONA, CBN 223317
JANAKI G. CHOPRA, CBN 272246
COLIN M. MCDONALD, CBN 286561
ANDREW Y. CHIANG, NYBN 4765012
Special Attorneys of the United States
880 Front Street, Room 6293
San Diego, CA 92101
619-546-8437/7951/8817/9144/8756
michael.wheat@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>  v.<br><br>DONNA YUK LAN LEONG (1),<br>MAX JOHN SWORD (2),<br>ROY KEIJI AMEMIYA, JR. (3),<br><br>      Defendants. | CR No. 21-00142-LEK<br><br>STIPULATION CONTINUING TRIAL AND EXCLUDING TIME UNDER 18 U.S.C. §§ 3161(h)(7)(A) and (7)(B)(i), (iv) |

STIPULATION CONTINUING TRIAL AND EXCLUDING TIME UNDER
<u>18 U.S.C. §§ 3161(h)(7)(A) and (7)(B)(i), (iv)</u>

1

The United States of America and the above-captioned defendants, through their respective undersigned attorneys, hereby agree and stipulate to continue the trial in this case. This stipulation is based on the following:

1. On May 31, 2023, during a hearing before the Court, the parties requested a continuance of the trial in this case, which was scheduled for June 26, 2023. Defense counsel represented to the Court that additional time was required to ready the case for trial, given the anticipated litigation concerning the City and County of Honolulu's ("the City") assertion of privilege over audio recordings and several thousands of documents that are material to this case. Defense counsel advised the Court that, given the time needed to conduct this litigation and prepare this case for trial, they could not be ready to proceed to trial by the scheduled trial date of June 26, 2023. The United States agreed with defense counsels' representations. Following further discussions regarding the Court's and defense counsels' availability for the trial in this case, the Court instructed the parties to meet and confer to decide upon a new date for the trial.

2. On June 8, 2023, the Court held a status hearing regarding the trial date by video teleconference. During the hearing, the parties reiterated their position that a continuance of the trial date was appropriate in this case given the volume of discovery, the need to prepare for trial, and the anticipated lengthy litigation over evidence claimed to be privileged by the City. Counsel for defendants Leong and

Sword requested a trial date of October 15, 2024. Counsel for defendant Amemiya agreed that a continuance was appropriate, but opposed a continuance to October 15, 2024, and requested an earlier trial date. The United States did not oppose a trial date of October 15, 2024, but did oppose a severance for defendant Amemiya. The Court granted the motion to continue as to defendants Leong and Sword, and set trial for them on October 15, 2024. The Court agreed to separately consider defendant Amemiya's request for a severance and earlier trial date.

3. On June 9, 2023, the Court held a status hearing regarding a trial date for defendant Amemiya by video teleconference. During this hearing, defendant Amemiya informed the Court that he would be filing a motion to sever his case from his co-defendants and he was requesting a trial date in January 2024. The United States opposed a severance and requested a briefing schedule, but otherwise did not oppose a continuance. The Court granted the motion to continue as to defendant Amemiya, set trial for January 22, 2024, and set a briefing schedule regarding severance.

4. Thus, due to the volume of discovery in this case, the anticipated litigation over privilege issues, and the need to ready the case for trial, the ends of justice would be served by a continuance of the trial date and outweigh the best interest of the public and the defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A). Specifically, the parties believe the failure to grant such a

continuance would result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i) and would deny both the defendants and counsel for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

5. Defendants Leong and Sword agree the period of delay excluded spans from June 26, 2023, until October 15, 2024. Defendant Amemiya agrees the period of delay excluded spans from June 26, 2023, until January 22, 2024.

6. The parties further agree that postponement of the trial until October 15, 2024, for defendants Leong and Sword, and January 22, 2024, for defendant Amemiya, does not violate the rights of the defendants to a speedy trial under the Speedy Trial clause of the Sixth Amendment or any other statutory or constitutional provision. Counsel for defendants represent they have discussed the need for this continuance with defendants. Defendants agree to and join in the request for this continuance.

7. In conjunction with the request for a continued trial date, the parties also request the following dates be set: (1) for defendants Leong and Sword, a final pretrial conference on September 10, 2024, at 1:30 p.m. before U.S. District Judge Leslie E. Kobayashi; and (2) for defendant Amemiya, a final pretrial

conference on December 11, 2023, at 1:30 p.m. before U.S. District Judge Leslie E. Kobayashi.

Dated: <u>June 20, 2023.</u>

        SIGNED: <u>*/s/ Janaki G. Chopra*</u>
                MICHAEL G. WHEAT
                JOSEPH J.M. ORABONA
                JANAKI G. CHOPRA
                COLIN M. MCDONALD
                ANDREW Y. CHIANG
                Special Attorneys to the Attorney General

        SIGNED: <u>*/s/ Lynn E. Panagakos*</u>
                LYNN E. PANAGAKOS
                THOMAS M. OTAKE
                Attorneys for Defendant Leong

        SIGNED: <u>*/s/ William C. McCorriston*</u>
                WILLIAM C. MCCORRISTON
                MEGAN K. COBURN
                RANDALL HIRONAKA
                Attorneys for Defendant Sword

        SIGNED: <u>*/s/ Lyle S. Hosoda*</u>
                LYLE S. HOSODA
                KOURTNEY H. WONG
                SPENCER J. LAU
                ADDISON D. BONNER
                Attorneys for Defendant Amemiya

Defendants represent they have read and understood this entire stipulation, including the waiver of rights under the Speedy Trial Act and the Sixth Amendment, and agree to its terms.

Dated: 6/15/23          SIGNED: _____
                                DONNA YUK LAN LEONG

Dated: _____  SIGNED: _____
                                MAX JOHN SWORD

Dated: _____  SIGNED: _____
                                ROY KEIJI AMEMIYA, JR.

Defendants represent they have read and understood this entire stipulation, including the waiver of rights under the Speedy Trial Act and the Sixth Amendment, and agree to its terms.

Dated:_____  SIGNED: _____
                              DONNA YUK LAN LEONG

Dated: 6/16/23  SIGNED: _____
                              MAX JOHN SWORD

Dated:_____  SIGNED: _____
                              ROY KEIJI AMEMIYA, JR.

Defendants represent they have read and understood this entire stipulation, including the waiver of rights under the Speedy Trial Act and the Sixth Amendment, and agree to its terms.

Dated:_____   SIGNED: _____
                                    DONNA YUK LAN LEONG

Dated:_____   SIGNED: _____
                                    MAX JOHN SWORD

Dated: 6/20/23            SIGNED: *[signature]*
                                    ROY KEIJI AMEMIYA, JR.

6