McCORRISTON MILLER MUKAI MacKINNON LLP

WILLIAM C. McCORRISTON          995-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaiʻi 96813
Telephone No.: (808) 529-7300
Facsimile No.: (808) 524-8293
E-Mail: mccorriston@m4law.com

Attorney for Defendant
MAX JOHN SWORD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| UNITED STATES OF AMERICA, | Case No. 1:21-CR-00142-LEK |
|---|---|
| Plaintiff, | Title 18, U.S.C., Section 371 – Conspiracy to Commit Offenses |
| vs. | **STIPULATION AND ORDER FOR LIMITED RELEASE OF PASSPORT TO DEFENDANT MAX SWORD; CERTIFICATE OF SERVICE** |
| DONNA YUK LAN LEONG (1), MAX JOHN SWORD (2), ROY KEIJI AMEMIYA, JR. (3), | |
| Defendants. | Judge: Hon. Leslie E. Kobayashi<br>Old Trial Date: March 14, 2022<br>**New Trial Date: June 13, 2022** |

441594.1

## STIPULATION AND ORDER FOR LIMITED RELEASE OF PASSPORT TO DEFENDANT MAX SWORD

Whereas Defendant Sword surrendered his passport to Pretrial Services pursuant to this Courts Order following his arraignment;

Whereas Defendant Sword's trial has been continued until October 15, 2024;

Whereas Defendant Sword's passport will expire on or about July 23, 2023 and must be renewed in order for him to request the court for foreign travel he wishes to take before trial, understanding that he will have to return the new passport to Pretrial Services when it is received and separately petition the court for approval of use of his passport for any requested foreign travel;

Whereas Government's counsel and Defendant's counsel have argued to his limited possession of his passport for the above stated reasons.

IT IS HEREBY Stipulated and Agreed that Pretrial Services may give to Defendant Sword possession of his passport for the sole and limited purpose for its renewal. After the new passport is received by Defendant Sword, he shall forthwith return it to Pretrial Services and his counsel shall notify the Court and Government's counsel that the new passport is in the custody of Pretrial Services.

DATED:  Honolulu, Hawaii, June 16, 2023.

/s/ *William C. McCorriston*
WILLIAM C. McCORRISTON
Attorney for Defendant
MAX JOHN SWORD


/s/ *Janaki G. Chopra*
MICHAEL G. WHEAT
JOSEPH J.M. ORABONA
JANAKI G. CHOPRA
COLIN M. MCDONALD
ANDREW Y. CHIANG

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**APPROVED AND SO ORDERED:**



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

_____
Stipulation and Order for Limited Release of Passport to Defendant Sword; *United States v. Donna Yuk Lan Leong, et al*, Cr. No. 21-00142 LEK, United States District Court, District of Hawai

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DONNA YUK LAN LEONG (1),<br>MAX JOHN SWORD (2),<br>ROY KEIJI AMEMIYA, JR. (3),<br><br>　　　　　Defendants. | Case No. 1:21-CR-00142-LEK<br><br>**CERTIFICATE OF SERVICE** |

### **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date noted below, a copy of the foregoing document was duly served via electronic transmission (CM/ECF), on the following parties:

    LYNN E. PANAGAKOS, ESQ.
    841 Bishop Street, Suite 2201
    Honolulu, Hawaiʻi  96813

    Attorney for Defendant
    DONNA YUK LAN LEONG

    LYLE S. HOSODA, ESQ.
    KOURTNEY H. WONG, ESQ.
    SPENCER J. LAU, ESQ.
    Hosoda Law Group
    Three Waterfront Plaza, Suite 499
    500 Ala Moana Boulevard

Honolulu, Hawai'i  96813

-and-

ADDISON D. BONNER, ESQ.
Tamashiro Sogi & Bonner
705 S. King Street, Suite 105
Honolulu, Hawai'i  96813

Attorneys for Defendant
ROY KEIJI AMEMIYA, JR.


MICHAEL WHEAT, ESQ.
COLIN M. MCDONALD, ESQ.
JANAKI GANDHI CHOPRA, ESQ.
JOSEPH J.M. ORABONA, ESQ.
Office of the United States Attorney, Trial Division
8801 Front Street, Room 6293
San Diego, California 92101

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Served Electronically through E-Mail

DIANE ARIMA-LINSCOTT
U.S. Probation Officer
Email: Diane_Arima-Linscott@hip.uscourts.gov

DATED:  Honolulu, Hawai'i, June 20, 2023.


                              /s/ William C. McCorriston
                              WILLIAM C. McCORRISTON
                              RANDALL K. HIRONAKA
                              MEGAN A. COBURN

                              Attorneys for Defendant
                              MAX JOHN SWORD