# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CRIMINAL NO. 21-00142 LEK |
| CASE NAME: | USA v Roy Keiji Amemiya Jr. (3) |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | DATE: | 07/26/2023 |

COURT ACTION:  EO: COURT ORDER DENYING DEFENDANT AMEMIYA'S FED. R. CRIM. P. 14(B) REQUEST

On June 23, 2023, Defendant Roy Keiji Amemiya, Jr. ("Amemiya") filed his Motion to Sever ("Motion").  [Dkt. no. 305.]  In his reply in support of the Motion ("Reply"), Amemiya requests, pursuant to Fed. R. Crim. P. 14(b), an order requiring Plaintiff United States of America ("the Government") "to deliver to the Court for *in camera* inspection any statements that the Government intends to use as evidence against him, and which purportedly support its position against severance" ("Rule 14(b) Request").  [Reply, filed 7/14/23 (dkt. no. 310), at 3.]  On July 25, 2023, the Government filed its response to the Amemiya's Rule 14(b) Request.  [Dkt. no. 316.]

The only statements by a defendant that are expressly referred to in Amemiya's Motion are the statements that Defendant Donna Yuk Lan Leong made during her November 13, 2017 interview with Federal Bureau of Investigation agents.  Those statements have already been made available to Amemiya and this Court.  An *in camera* review under Rule 14(b) is within this Court's discretion, and this Court finds that such review is not warranted under the circumstances of this case.  See Fed. R. Crim. P. 14(b) ("Before ruling on a defendant's motion to sever, the court **may** order an attorney for the government to deliver to the court for in camera inspection any defendants statement that the government intends to use as evidence." (emphasis added)).  Amemiya's Rule 14(b) Request is therefore DENIED.

The hearing on Amemiya's Motion will proceed as scheduled on **July 27, 2023, at 11:00 a.m.**

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager