# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CRIMINAL NO. 21-00142 LEK |
| CASE NAME: | USA v Donna Yuk Lan Leong et al., |
| JUDGE: Leslie E. Kobayashi | DATE: 01/22/2024 |

COURT ACTION:  EO: COURT ORDER DIRECTING CIVIL BEAT LAW CENTER FOR THE PUBLIC INTEREST, THE CITY AND COUNTY OF HONOLULU, AND PLAINTIFF UNITED STATES OF AMERICA TO MEET AND CONFER

On January 19, 2024, this Court issued an entering directing Civil Beat Law Center for the Public Interest, now known as Public First Law Center ("Civil Beat"), and the City and County of Honolulu ("the City") to resubmit the redacted version of docket number 3 in In re the Search of Computer Servers Maintained by the City & County. of Honolulu, MJ 19-00001 KJM ("MJ 19-001"). [Dkt. no. 358.]

This Court has been informed that MJ 19-001, docket number 3 was not produced to the City as ordered. See Minute Order - EO: Court Order Granting in Part Civil Beat Law Center for the Public Interest's Motion to Unseal Court Records, filed 10/21/22 (dkt. no. 183), at PageID.1741 (directing Plaintiff United States of America ("the Government") "to provide copies of the sealed filings to the City's counsel by October 25, 2022" (emphasis omitted)). Civil Beat, the City, and the Government are DIRECTED to meet and confer to address the following issues:

- the production of MJ 19-001, docket number 3 to the City's counsel; and

- whether MJ 19-001, docket number 3 must be redacted for privacy, as previously approved by this Court.

Civil Beat, the City, and the Government shall file, by **January 29, 2024**, a joint letter brief regarding the resolution of these issues. Defendants Donna Yuk Lan Leong, Max John Sword, and Roy Keiji Amemiya, Jr. may participate in the meet-and-confer, but they are not required to do so.

The Clerk's Office is DIRECTED to serve a copy of this entering order on Civil Beat, through its counsel, R. Brian Black, Esq., and on the City, through Deputy Corporation Counsel Robert Kohn.

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager